IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETSY CROUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CA 7-1748 |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| | ) |
| Defendant. | ) |

ORDER

The above action seeks review of a decision by the Secretary of Health and Human Services denying plaintiff social security disability benefits. The Court's jurisdiction is limited to reviewing the administrative record to determine whether the decision is supported by substantial evidence in the record. Notwithstanding any other rule governing the procedure in civil cases,

IT IS HEREBY ORDERED that:

1. Plaintiff shall serve and file a motion for summary judgment and brief supporting plaintiff's petition for review by **August 18, 2008.**

2. Defendant shall serve and file a cross-motion for summary judgment and brief by **September 18, 2008.**

3. No extensions of time will be permitted without order of the Court.

Date: 7-8-08

Donetta W. Ambrose
Chief United States District Judge